IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS McQUARLEY,           ) | |
|     Plaintiff,           ) | |
|                )           | CIVIL ACTION NO. |
| v.           )           | 2:12cv723-MHT |
|                )           | (WO) |
| GARY HETZEL, et al.,           ) | |
|     Defendants.           ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about, among other things, the conditions of his confinement.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with the orders of this court and to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2012.

                                /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**